**DISMISS; and Opinion Filed April 16, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00081-CR

**KENODRICK RICHARDSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-10060-422F**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's April 9, 2019 motion to withdraw his appeal. The motion

is signed by appellant and his appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion.

We dismiss this appeal.

/Leslie Osborne/
LESLIE OSBORNE
Do Not Publish                    JUSTICE
TEX. R. APP. P. 47.2(b)

190081F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KENODRICK RICHARDSON, Appellant

No. 05-19-00081-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 15-10060-422F.
Opinion delivered by Justice Osborne.
Justices Myers and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 16th day of April, 2019.